**157  DANIELS ET AL. vs. CIRCUIT JUDGE (St. Clair), 60 M., 21ɔ.**

To dismiss an appeal from commissioners on claims because bond was given to administrators and not to relators, heirs at law of deceased and adverse parties, they having assumed the burden of resisting the claim.

Denied February 17, 1886.

**158  RAYMOND vs. CIRCUIT JUDGE (Wayne), No. 13093½.**

To compel respondent to set aside an order allowing an appeal from the report of commissioners on claims.

Order to show cause denied October 4, 1892.

Appellant had within sixty days filed a notice of appeal and bond; said papers were filed in the absence of the probate judge, but the register was present and informed appellant's attorney that he would call the attention of the judge of probate to the matter, and if he did not approve the bond, would notify him; that the attention of the judge of probate was not called to the matter until twenty days after the sixty days had expired.